# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1815 | **DATE** | 4/2/2008 |
| **CASE TITLE** | FH Partners Investments LLC vs. Chicago Title (etc.) | | |

**DOCKET ENTRY TEXT**

Plaintiff is directed to file, by 4/9/08, an amended complaint setting forth the citizenship of each member of plaintiff FH Partners Investments LLC, including the complete citizenship of any corporate or "LLC" members. *See Mutual Assignment & Indemnification Co. v. Lind-Waldock & Co., LLC,* 364 F.3d 858, 861 (7th Cir. 2004); *Cosgrove v. Bartolotta,* 150 F.3d 729, 731 (7th Cir. 1998), and setting forth the citizenship (not merely "residency") of the individual defendants. If plaintiff fails to do so, the Court will dismiss the case for lack of subject matter jurisdiction.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|