## UNITES STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FH Partners Investments, LLC, a Texas Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE LAND TRUST COMPANY, AS TRUSTEE UNDER TRUST NO. 1095500 DATED SPETEMBER 1, 1990, BASIL C. ANAGNOS; TINA L. ANAGNOS, his wife, Unknown Owners and Non-Record Claimants,<br><br>    Defendants. | No.     08 C 1815<br><br>Judge Kennelly<br>Mag. Judge Nolan |

## **NOTICE OF FILING**

TO:   See attached Service List.

PLEASE TAKE NOTICE that there was filed on April 8, 2008 with the United States District Court for the Northern District of Illinois, Eastern Division, certain **Amended Complaint for Foreclosure**, a copy of which is attached hereto and served upon you.

FH Partners Investments, LLC

By:   /s/ James Fine

### VERIFICATION

The undersigned states that he/she served the foregoing Notice of Filing and the above-listed document(s) referred to therein by electronic filing to the above-named attorney at the address indicated and depositing same in the U.S. Mail at 666 Russel Court, Suite 303, Woodstock, IL 60098, at 5:00 p.m. on April 8, 2008 with proper postage prepaid.

[X]   Under penalties as provided by
      law pursuant to 735 ILCS 5/1-109,
      I certify that the statements set
      forth herein are true and correct.     /s/ James Fine

Sara E. Cook
ARDC 03126995
James Fine
ARDC 03128684
McKenna Storer
666 Russel Court, Suite 303
Woodstock, IL 60098
Phone: 815-334-9693
Fax: 815-334-9697

## **SERVICE LIST**

Basil C. Anagnos
1100 Windhaven Court
Lake Forest, IL 60045

Tina L. C. Anagnos
1100 Windhaven Court
Lake Forest, IL 60045