*MHW*

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

FH Partners Investments, LLC, a Texas Limited Liability Company, Plaintiff,
vs.
Chicago Title Land Trust Company, as Trustee under Trust No. 1095500 dated September 1, 1990, et al.

Case Number: 08 C 1815

Judge: Kennelly
Magistrate: Nolan

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Chicago Title Land Trust Company, as Trustee under Trust No. 1095500 dated September 1, 1990; Basil C. Anagnos, Tina L. Anagnos, his wife.

FILED
4-28-2008
APR 28 2008 JH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) BASIL C. ANAGNOS | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM ANGELOS AND ANAGNOS, LTD. | |
| STREET ADDRESS 39 SOUTH LASALLE STREET, SUITE 805 | |
| CITY/STATE/ZIP CHICAGO, ILLINOIS 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER (312) 424-4000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |