MHK

FILED
4-28-2008
APR 28 2008 JH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FH Partners Investments, LLC, a Texas Limited Liability Company, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case Number: 08 C 1815 |
| Chicago Title Land Trust Company, as Trustee under Trust No. 1095500 dated September 1, 1990; Basil C. Anagnos, Tina L. Anagnos, his wife, ) ) ) ) ) | Judge: Kennelly Magistrate: Nolan |
| Defendants. ) | |

**ANSWER**

NOW COMES defendant, CHICAGO TITLE LAND TRUST COMPANY, as Trustee under Trust No. 1095500 dated September 1, 1990, Basil C. Anagnos, Tina L. Anagnos, his wife, by and through their attorneys, ANGELOS AND ANAGNOS, LTD., and in Answer to this Complaint, states as follows:

1. Defendants neither admit nor deny Paragraph 1 of said Complaint.

2. Defendants neither admit nor deny Paragraph 2 of said Complaint.

3. Defendants admit Paragraph 3 of said Complaint.

4. Defendants admit Paragraph 4 of said Complaint.

5. Defendants admit Paragraph 5 of said Complaint.

## COUNT I
## COMPLAINT TO FORECLOSE
## MORTGAGE

1. Defendants make no Answer to Paragraph 1 of Count I of said Complaint.

2. Defendants admits Exhibits A, B and C; however, defendants demand strict proof of Exhibits D and E of Paragraph 2 of Count I of said Complaint.

3. Defendants admit A, B and C;

   Defendants deny D;

   Defendants admit E, F and G;

   Defendants deny H;

   Defendants admit I and J;

   Defendants deny subparagraph 1, 2, 3 and 4;

   Defendants admit K and L;

   Defendants deny M.

Defendants make no answer to N, O, P, Q and R. Defendants admit possession but deny and each and every allegation of S of Paragraph 3 of Count I of said Complaint.

WHEREFORE, defendants pray for an Order dismissing this cause of action and demand costs.

Respectfully Submitted,

ANGELOS AND ANAGNOS

By: _____
Basil C. Anagnos

ANGELOS AND ANAGNOS, LTD.
Attorneys for Defendants
39 South LaSalle Street, Suite 805
Chicago, IL 60603
(312) 424-0400

My Documents\BCA\FH Partners Investments vs. CT Land Trust, BCA\Answer 4-24-08.doc