# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

FH Partners Investments, LLC

                                        Plaintiff,

v.                                                      Case No.: 1:08–cv–01815
                                                        Honorable Matthew F. Kennelly

Chicago Title Land Trust Company, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 29, 2008:

        MINUTE entry before the Honorable Matthew F. Kennelly:Telephone conference held and continued to 7/16/2008 at 09:00 AM. The court will set a discovery schedule at the next conference.Telephone notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.