## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1815 | **DATE** | 7/16/2008 |
| **CASE TITLE** | FH Partners vs. Chicago Title | | |

**DOCKET ENTRY TEXT**

Status hearing pursuant to Rule 16(b) held with plaintiff's attorney appearing. Defendant Anagnos has passed away. Plaintiff has until 7/23/2008 to file an amended complaint. Defendants have until 8/20/2008 to respond. Status hearing is set for 8/27/2008 at 9:30 AM.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|