## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1815 | **DATE** | 8/27/2008 |
| **CASE TITLE** | FH Partners vs. Chicago Title | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 10/8/2008 at 9:30 AM.   Plaintiff's attorney appears.  No attorney on record for defendant.  Defendant is ordered to show cause why he should not be held in default. Plaintiff's attorney is ordered to serve this order on defendant.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|